[No. 40282-0-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM PHU,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-03630-9, Michael J. Trickey, J., entered February 5, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40298-6-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE PATRICK
McLEAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-06526-1, Anthony P. Wartnik, J., entered January 31 and February 26, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40299-4-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
XAVIER ARENAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-05191-0, Michael J. Fox, J., entered February 14, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40304-4-I.    Division One.    March 30, 1998.]

*In the Matter of the Estate of* RICHARD J. SETTE.

PETER KIESEWETTER, *as Personal Representative,*
*Appellant*, v. BROCK ROWLAND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-4-00176-4, Jeanette R. Burrage, J., entered February 18, 1997. *Reversed* by unpublished per curiam opinion.